IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

PATRICIA LYNN HULL     PLAINTIFF

VS.     CIVIL ACTION NO. 4:08-cv-45 DPJ-JCS

SEARS ROEBUCK AND COMPANY,
and JOHN DOE DEFENDANTS 1-50     DEFENDANTS

## AGREED ORDER AND JUDGMENT OF DISMISSAL

This day this cause came on for hearing on the motion of the Plaintiff to dismiss this matter with prejudice and the Court having been apprised that all parties have reached an amicable and agreeable resolution of their differences finds that Plaintiff's motion is well-taken and should be granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED, that this cause should be and hereby is dismissed with prejudice with the parties to bear their respective costs.

SO ORDERED AND ADJUDGED, this the __11__ day of November, 2008.

_____
UNITED STATES DISTRICT COURT JUDGE

AGREED AND APPROVED:

_____
STEPHEN P. WILSON
Attorney for Plaintiff, PATRICIA LYNN HULL

_____
H. GRAY LAIRD, III, ESQ.
Attorney for Defendants